3rd Floor, Tamagawa Building, 1-20,
Yotsuya, Shinjuku-ku
Tokyo, Japan 160-0004
TOKYO FLEX LAW OFFICE
Nakajima Hiroyuki, Attorney-at-Law
TEL ＋８１−３—３３５３−３５２１
MAIL abuse.flex.law.group@gmail.com
Attorney for KADOKAWA CORPORATION

April 5, 2022

**Via Email**
YouTube, LLC
Attn: Copyright Operations/ DMCA Complaints
901 Cherry Ave
San Bruno, CA 94066
Phone: 650-214-3010
Email: copyright@youtube.com

      **RE:**   ***NOTIFICATION OF COPYRIGHT INFRINGEMENT***
              **(Pursuant to 17 U.S.C. § 512)**

To whom it may concern:

    I represent KADOKAWA CORPORATION , a Japanese corporation (hereinafter called "KADOKAWA "), the owner of the copyrighted works identified under the column entitled "Original Work" in Exhibit A attached to this notice ("Exhibit A").

    It has recently come to KADOKAWA 's attention that certain users of your services have unlawfully published and posted certain contents on your website located at www.youtube.com, more specifically identified under the column entitled "Infringing Work" in Exhibit A (referred to as the "Infringing Work"), corresponding to each of the Original Work identified in Exhibit A.

    KADOKAWA has a good faith belief that the Infringing Work is not authorized by the copyright owner, its agent, or the law.

    We demand that you immediately disable access to the Infringing Work and cease any use, reproduction, and distribution of the Original Work. Specifically, we request that you remove or disable the Infringing Work from www.youtube.com and/or any of your system or services.

    We also request a written assurance that you have fully complied with our request.

I declare that the information in this notice is accurate, and under penalty of perjury, that I am authorized to act on behalf of the owner of the exclusive right of the Original Work that is infringed.

Your immediate response will be appreciated.

Very truly yours,

Hiroyuki Nakajima
Attorney at Law

*Hiroyuki Nakajima*

| | Title of Original Work | Author of Original Work | Original Work | Infringing Work | Title of Infringing Work | YouTube Channel/User (Name/ Profile Page on YouTube.com) | |
|---|---|---|---|---|---|---|---|
| 1 | Isekai Yakkyoku(異世界薬局) | Sei Takano（高野聖） | https://www.kadokawa.co.jp/product/321611000522/ | https://www.youtube.com/watch?v=kU_lrd_T0WU | 【異世界漫画】彼は世界の反対側に行くために探検家としての仕事を辞めました1~27【マンガ動画】 | Russel | https://www.youtube.com/channel/UCBr_Fa5ay0DffkN7I-tE-gw |
| 2 | The saint's magic power is omnipotent（聖女の魔力は万能です） | Fujiazuki（藤小豆） | https://www.kadokawa.co.jp/product/321710000238/ | https://www.youtube.com/watch?v=Mry9X8DBhbw | 【異世界漫画】彼女が別の世界に行ったとき、サラリーマンは見捨てられました。第1~28.4章【異世界 | redheadbaby1020 | https://www.youtube.com/channel/UCyYt6RSALCPxdPCynKbWkYw |
| 3 | Farming life in another world(異世界のんびり農家) | Yasuyuki Tsurugi（剣康之） | https://www.kadokawa.co.jp/product/321710000308/ | https://www.youtube.com/watch?v=O0zqEy8PZ3w | 【異世界漫画】異世界のんびり農家 129~131【マンガ動画】 | Sporty Son | https://www.youtube.com/channel/UCg4yREIoHRusRlaV8fnjxNQ/ |
| 4 | I won 4 billion in the lottery, but I'm moving to another world(宝くじで40億当たったんだけど異世界に移住する) | Mujii Imai（今井ムジイ） | https://www.kadokawa.co.jp/product/321611000025/ | https://www.youtube.com/watch?v=gVEpcO7vV2M | 【異世界漫画】宝くじでジャックポット賞を獲得。しかし、彼は別の世界に行くことにしました 1 ~ 42【異世界マンガ】 | Vasturae | https://www.youtube.com/user/gmrichards10/ |
| 5 | I'm not going to be a bad lady. I am a 'normal' duchess!(悪役令嬢になんかなりません。私は『普通』の公爵令嬢です！) | Yuhazu（ユハズ） | https://www.kadokawa.co.jp/product/322004000240/ | https://www.youtube.com/watch?v=MJi5DfGTwCY | 【異世界漫画】私は悪役ではありません 1 _ 3.4【異世界マンガ】 | ItachiLuv1 | https://www.youtube.com/channel/UCum_gPZavjwFvtzHkhbcKOQ |
| 6 | The world's strongest rearguard: Labyrinth country's novice seeker（世界最強の後衛～迷宮国の新人探索者～） | Rikizo（力蔵） | https://www.kadokawa.co.jp/product/321803001251/ | https://www.youtube.com/watch?v=Q5ZQK_h-tnA | 【異世界漫画】世界最強の後衛 ～迷宮国の新人探索者～ 1 ~ 19.1【異世界マンガ】 | PahGrazi | https://www.youtube.com/user/PahGrazi/ |
| 7 | The section chief's uncle, a former world metastatic, travels around another world for the second time in his life(元異世界転移者だった課長のおじさん、人生二度目の異世界を駆け廻る) | kura | https://www.kadokawa.co.jp/product/322104000745/ | https://www.youtube.com/watch?v=IQ-LaXu-3js | 【異世界漫画】元異世界転移者だった課長のおじさん、人生二度目の異世界を駆け廻る 1 ~ 8.1【マンガ動画】 | hotpink0930 | https://www.youtube.com/user/hotpink0930 |

**EXHIBIT A**